1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  ABEL P. REYES,                      )        No. C 07-3822 RMW (PR)
                                        )
12              Petitioner,             )        ORDER OF DISMISSAL;
                                        )        DENYING MOTION FOR
13      vs.                             )        LEAVE TO PROCEED IN
                                        )        FORMA PAUPERIS
14  DARRAL G. ADAMS,                    )
                                        )
15              Respondent.             )        (Docket No. 2)
    _____)

16

17        Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas

18  corpus pursuant to 28 U.S.C. § 2254.  Petitioner filed an earlier habeas action with this

19  court, in case no. C 02-2096 RMW (PR), challenging the same conviction and sentence as

20  in the instant petition.  This court denied petitioner's earlier habeas petition on the merits

21  on December 29, 2004.  The United States Court of Appeals denied a certificate of

22  appealability on July 22, 2005.  Accordingly, the court will DISMISS the instant petition

23  as a second or successive petition pursuant to 28 U.S.C. § 2244(b).

24                                **DISCUSSION**

25        A district court must dismiss claims presented in a second or successive habeas

26  petition challenging the same conviction and sentence unless the claims presented in the

27  previous petition were denied for failure to exhaust.  See 28 U.S.C. § 2244(b)(1); Babbitt

28  v. Woodford, 177 F.3d 744, 745-46 (9th Cir. 1999).  A new factual basis for a claim

1    previously presented is not sufficient to prevent it from falling under this section.  See id.

2    at 746.  Additionally, a district court must dismiss any new claims raised in a successive

3    petition unless the petitioner received an order from the court of appeals authorizing the

4    district court to consider the petition.  See 28 U.S.C. § 2244(b)(2), (3).

5         Here, petitioner challenges the same conviction and sentence as the earlier petition,

6    in case no. C 01-2096 RMW (PR), which was denied on the merits.  He raises new

7    claims, but he has not received an order from the United States Court of Appeals

8    authorizing this court to consider the petition.  Accordingly, this court must dismiss the

9    instant petition in its entirety.  See 28 U.S.C. § 2244(b)(1).

10                                    **CONCLUSION**

11        The instant petition is DISMISSED without prejudice to refiling after obtaining the

12   necessary authorization from the United States Court of Appeals to proceed with a second

13   and successive petition pursuant to 28 U.S.C. § 2244(b)(1).  In light of petitioner's

14   payment of the filing fee, the motion for leave to proceed in forma pauperis (Docket No.

15   2) is DENIED as moot.

16        The clerk shall terminate any pending motions and close the file.

17        IT IS SO ORDERED.

18   DATED:  2/22/08                    _Ronald M. Whyte_____
                                        RONALD M. WHYTE
19                                      United States District Judge

20

21

22

23

24

25

26

27

28

1    A copy of this ruling was mailed on _2/25/2008_____to the following:

2

3    Abel P. Reyes
     P-55763
4    Pleasant Valley State Prison
     P.O. Box 8501
5    Coalinga, CA 93210

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28