IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ABEL P. REYES, | ) | No. C 07-3822 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| DARRAL G. ADAMS, | ) | |
| Respondent. | ) | |

The court has dismissed the instant pro se habeas petition as a second or successive petition challenging the same conviction and sentence as petitioner's earlier petition in case no. C 02-2096 RMW (PR). See 28 U.S.C. § 2244(b)(1). A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 2/22/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\hc.07\Reyes822dissuc           1

1 | A copy of this ruling was mailed on ___2/25/2008_____to the following:

3 | Abel P. Reyes
P-55763
4 | Pleasant Valley State Prison
P.O. Box 8501
5 | Coalinga, CA 93210

Judgment
P:\pro-se\sj.rmw\hc.07\Reyes822dissuc          2